STATE OF NEW JERSEY v. DANIEL PILUSO.

March 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JUAN RIVERA.

March 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. DENNIS BYNUM.

March 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSE FLORES.

March 21, 1989.

Petition for certification denied.   (See 228 *N.J.Super.* 586).

STATE OF NEW JERSEY v. ERNEST NORTHERN.

March 21, 1989.

Petition for certification denied.